**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-4369

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JACQUELINE BREWSTER, a/k/a Jacqueline Sue Brewster,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Frank W. Volk, Chief District Judge.  (5:24-cr-00104-1)

Submitted:  July 20, 2026                        Decided:  August 11, 2026

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Brent E. Newton, Gaithersburg, Maryland, for Appellant.  Moore Capito, United States Attorney, Jennifer D. Gordon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellant Jacqueline Brewster appeals her sentence imposed following her guilty plea to violations of 18 U.S.C. § 843(a)(3) and 42 U.S.C. § 1320d-6(a)(2).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the judgment of the district court.  *United States v. Brewster*, No. 5:24-cr-00104 (S.D. W. Va. 2025).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and oral argument would not aid in the decisional process.

*AFFIRMED*